**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ALBERT EDMOND,**                                                                  **PETITIONER**

**v.**                                                                                      **No. 4:06CV197-P-B**

**LAWRENCE KELLY, ET AL.**                                                **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's motion to dismiss is hereby **GRANTED**, and the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 7th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE